# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-2954

_____

| | | |
|---|---|---|
| James Richard Cuellar, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Southern |
| | * | District of Iowa. |
| Dr. O'Brien; Dr. Syam Kilaru; | * | |
| Jay Nelson; Bernard, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: November 24, 2010
Filed: December 2, 2010

_____

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Iowa inmate James Cuellar appeals the district court's[1] 28 U.S.C. § 1915A(b) pre-service dismissal of his 42 U.S.C. § 1983 action alleging that he and other inmates have been subjected to unconstitutional conditions and treatment at the Mount Pleasant Correctional Facility. After careful de novo review, see Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam), we find no basis for reversal. Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.